No. 00–10589. DANTAS *v.* DEPARTMENT OF JUSTICE ET AL., 534 U. S. 867;

No. 01–7293. PUCKETT *v.* MISSISSIPPI, 537 U. S. 1232;

No. 02–392. NOTTI ET AL. *v.* COOK INLET REGION, INC., 537 U. S. 1104;

No. 02–594. ROLLESTON *v.* SANDEASE, LTD., ET AL., 537 U. S. 1106;

No. 02–875. PERSIK *v.* COLORADO, 537 U. S. 1190;

No. 02–886. MARTIN *v.* WALMER ET AL., 537 U. S. 1190;

No. 02–928. SCOTT *v.* ELO, WARDEN, 537 U. S. 1192;

No. 02–941. ROSS *v.* ILLINOIS ET AL., 537 U. S. 1192;

No. 02–984. PATTON *v.* LEMOINE ET AL., 537 U. S. 1193;

No. 02–1041. GOLDING *v.* UNITED STATES, 537 U. S. 1194;

No. 02–1074. IN RE VEY, 537 U. S. 1231;

No. 02–5154. JOHONOSON *v.* SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL., 537 U. S. 898;

No. 02–6938. SHELTON *v.* DOS SANTOS ET AL., 537 U. S. 1116;

No. 02–7182. JOHNSON *v.* SMART & FINAL STORES CORP., 537 U. S. 1234;

No. 02–7346. LAMBROS *v.* UNITED STATES, 537 U. S. 1195;

No. 02–7737. BOYD *v.* BASKERVILLE, WARDEN, 537 U. S. 1196;

No. 02–7854. NULL *v.* UNITED STATES, 537 U. S. 1143;

No. 02–7982. TAYLOR *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 537 U. S. 1202;

No. 02–8037. BREEDLOVE *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 537 U. S. 1204;

No. 02–8049. WAGNER *v.* CALIFORNIA DEPARTMENT OF JUSTICE ET AL., 537 U. S. 1205;

No. 02–8051. JOHNSON *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 537 U. S. 1205;

No. 02–8118. KORNAFEL *v.* REPETTO, 537 U. S. 1207;

No. 02–8147. WINTER *v.* DEPARTMENT OF AGRICULTURE, 537 U. S. 1209;

No. 02–8157. IN RE CUNNINGHAM, 537 U. S. 1158;

No. 02–8159. CONKLE *v.* POTTER, POSTMASTER GENERAL, 537 U. S. 1209;

No. 02–8199. ODMAN, AKA ODDMAN, AKA LLEWELYN *v.* UNITED STATES, 537 U. S. 1211;

No. 02–8212. Bryson et al. v. Johnston, Judge, Superior Court of North Carolina, Mecklenburg County, et al., 537 U. S. 1235;

No. 02–8257. DeLeon v. Cockrell, Director, Texas Department of Criminal Justice, Institutional Division, 537 U. S. 1236;

No. 02–8280. Lewis et al. v. Emigrants Mortgage Co. et al., 537 U. S. 1237;

No. 02–8307. Scott v. Adult Protective Services et al., ante, p. 910;

No. 02–8359. Haddad v. Equal Employment Opportunity Commission, 537 U. S. 1218;

No. 02–8485. Deglace v. United States, 537 U. S. 1221;

No. 02–8509. Belle v. United States et al., 537 U. S. 1222; and

No. 02–8547. Rivera v. United States, 537 U. S. 1223. Petitions for rehearing denied.

No. 02–893. Eubanks-Jackson v. Bank of America, N. A., 537 U. S. 1226. Petition for rehearing denied. Justice Breyer took no part in the consideration or decision of this petition.

No. 02–5868. Ward v. Crosby, Secretary, Florida Department of Corrections, et al., 537 U. S. 958;

No. 02–6504. Mora v. Florida, 537 U. S. 1050; and

No. 02–7361. Cobble v. Kentucky, 537 U. S. 1127. Motions for leave to file petitions for rehearing denied.

April 28, 2003

No. 02–9193. Mahdavi v. 100 Federal, State, County, and City Officials, et al. C. A. 9th Cir. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U. S. 1 (1992) (per curiam). Justice Stevens dissents. See id., at 4, and cases cited therein.